# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



14 OCT 22 AM 8:52

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>JOSE LUIS VELASQUEZ-GONZALEZ,<br><br>　　　　　　　　　Defendant. | CASE NO. 10cr4725-BTM<br><br>　　　　　　　　　　　DEPUTY<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment/Information:

8:1326(A)(B)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 10/16/14

Jan M. Adler
U.S. Magistrate Judge